**STATE of Missouri, Respondent,**

v.

**William A. BRINKLEY, Appellant.**

**No. WD 38797.**

Missouri Court of Appeals, Western District.

Nov. 8, 1988.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Defendant, William A. Brinkley, appeals from his conviction of second degree assault and armed criminal action.

AFFIRMED. Rule 30.25(b).